IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-MJ-308-DCK *SEALED*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ALEXANDRO CASTILLO, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal The Entire Case" (Document No. 14) filed February 16, 2017 by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina. The motion seeks an order directing that the entire case and all documents be unsealed. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Unseal The Entire Case" (Document No. 14) is **GRANTED**, and the case and all documents be unsealed pending further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: February 22, 2017

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.